IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

LINDSEY N. THAXTON,

        Plaintiff,

v.

A & A EXPRESS, INC., a South Dakota corporation and DANIEL M. HOFER, individually,

        Defendants.

Civil Action No. 3:12 - 7392
Judge Robert C. Chambers

## DISMISSAL ORDER

The Plaintiff, Lindsey N. Thaxton, by counsel, R. Chad Duffield, and Farmer Cline & Campbell PLLC, and Defendants, A & A Express, Inc. and Daniel M. Hofer, by counsel, Robert L. Massie, and Nelson Mullins Riley & Scarborough LLP, announce to the Court that all matters in controversy herein between the parties have been resolved and jointly move the Court to dismiss this action, with prejudice.

The Court, having considered the request of counsel, and being otherwise sufficiently advised, **HEREBY DISMISSES** this action, with **PREJUDICE**. Further, each party is to pay their own costs of action.

The Clerk is directed to forward attested copies of this Order to the following individuals: (1) R. Chad Duffield, Farmer Cline & Campbell PLLC, 746 Myrtle Road, Charleston, WV 25314; and (2) Robert L. Massie, Nelson Mullins Riley & Scarborough LLP, 949 Third Avenue, Suite 200, Huntington, WV 25701.

ENTERED: This 21 day of Jan., 2014.

_____
Honorable Judge Chambers
U.S. District Court Judge

Prepared by:

/s/ Robert L. Massie
Robert L. Massie, Esquire (WVSBN 5743)
Sarah B. Massey, Esquire (WVSBN 12022)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
P.O. Box 1856
Huntington, WV 25701
Phone: (304) 526-3500
Fax: (304) 526-3556
*Counsel for Defendants*

Approved by:

/s/R. Chad Duffield
Robert D. Cline, Jr. (WVSBN 755)
Robert A. Campbell (WVSBN 6052)
R. Chad Duffield (WVSBN 9583)
Jennifer L. Deitz (WVSBN 11165)
**FARMER CLINE & CAMPBELL PLLC**
746 Myrtle Road
P.O. Box 3842 (25338)
Charleston, WV 25314
Phone: (304) 343-7100
Fax: (304) 343-7107
*Counsel for Plaintiff*